F I L E D
CHARLOTTE, N. C.

OCT 2 6 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

"UNDER SEAL"

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Request from Austria ) 
Pursuant to the Treaty ) MISC. NO. 3:05MC 3/9-C
Between the United States )
of America and Austria on )
Mutual Legal Assistance in ) **ORDER**
Criminal Matters in the Matter )
of Ernst Gabriel Walter )
)

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Application for Order in this matter be sealed, pursuant to the on-going nature of the investigation in this matter.

NOW THEREFORE IT IS ORDERED that the Application for Order in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 25th day of October, 2005

UNITED STATES DISTRICT JUDGE