RECEIVED
CHARLOTTE, N.C.

DEC -6 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
CHARLOTTE, N. C.

DEC 13 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: Request from Austria ) | | DOCKET NO. 3:05MC319-C |
| Pursuant to the Treaty ) | | |
| Between the United States ) | | |
| of America and Austria ) | | |
| on Mutual Legal Assistance ) | | ORDER |
| in Criminal Matters in the ) | | |
| Matter of Ernst Gabriel Walter ) | | |
| ) | | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the matter in the case numbered above; and

IT APPEARING to the Court that said the reasons for sealing the case numbered above no longer exist;

NOW, THEREFORE, IT IS ORDERED that the above-numbered case be unsealed.

This the 13TH day of December, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

AUSA